UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 20, 2026
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN ANTONIO RIVAS GARCIA

Defendant.

Case No. 2:26-mj-0154 SCR

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JUAN ANTONIO RIVAS GARCIA Case No. 2:26-mj-0154 SCR Charges 18 USC § 611 from custody for the following reasons:

__X__ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ __________

_____ Unsecured Appearance Bond $ __________

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other): .

Issued at Sacramento, California on October 20, 2026 at 2:05 PM

By: /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney